

# IN THE
# TENTH COURT OF APPEALS

### No. 10-09-00139-CV

## IN THE MATTER OF THE MARRIAGE OF
## JASON GALVEZ AND DOROTHY NELL GALVEZ,

**From the County Court at Law No. 2
Brazos County, Texas
Trial Court No. 08-00381-CVD-CCl2**

## MEMORANDUM  OPINION

The Clerk of this Court notified the parties by letter dated October 9, 2009 that Appellant's brief had not been filed and that the Court may dismiss this appeal for want of prosecution unless, within twenty-one days of the letter, Appellant or any party desiring to continue the appeal filed a response showing grounds for continuing the appeal.

More than twenty-one days have passed, and neither party has filed a response. Accordingly, this appeal is dismissed.  *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).

REX D. DAVIS
Justice


Before Chief Justice Gray,
        Justice Reyna, and
        Justice Davis
Dismissed
Opinion delivered and filed November 25, 2009
[CV06]